**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: G.E.R., A MINOR : No. 241 EAL 2018
:
:
PETITION OF: E.R., FATHER : Petition for Allowance of Appeal from
: the Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.